IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

AUG 29 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO.: **1 : 25 CR 0 0 4 1 2** |
| v. | ) | |
| | ) | Title 18, United States Code, |
| MICHAEL FROST, | ) | Code, 1956(h) and 2 |
| | ) | |
| Defendant. | ) | **JUDGE BOYKO** |
| | ) | |

## COUNT 1

(Conspiracy to Launder Monetary Instruments, 18 U.S.C. § 1956(h))

The Grand Jury charges:

1.      From on or about July 1, 2024, to on or about July 30, 2024, in the Northern

District of Ohio, Eastern Division, and elsewhere, Defendant MICHAEL FROST and others

known and unknown, did knowingly combine, conspire, and agree with other persons known and

unknown to the Grand Jury to commit offenses against the United States in violation of Title 18,

United States Code, Section 1956, to wit: knowingly conduct and attempt to conduct financial

transactions affecting interstate and foreign commerce, by transferring drug proceeds to others,

which transactions involved the proceeds of specified unlawful activity, that is, distribution and

possession with intent to distribute cocaine, in violation of Title 21, United States Code, Section

841(a)(1), and conspiracy to distribute and possess with intent to distribute cocaine, in violation

of Title 21, United States Code, Section 846, knowing that the transactions were designed in

whole and in part to conceal and disguise, the nature, location, source, ownership, and control of

the proceeds of said specified unlawful activity, in violation of Title 18 United States Code Section 1956(a)(1)(B)(i).

FORFEITURE

The Grand Jury further charges:

    2.     The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982. As a result of the foregoing offense Defendant MICHAEL FROST shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property; including, but not limited to, the following:

    a.     $8,841.00 in U.S. Currency seized from FROST on July 9, 2024; and

    b.     $248,410.00 in U.S. Currency seized from FROST on July 9, 2024.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2

United States v. Michael Frost

A TRUE BILL.


David M. Toepfer
United States Attorney

By:  _____

Margaret A. Sweeney, Chief
OCDETF Unit